MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
ALLISON MARSTON DANNER (CABN 195046)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-0910
   Facsimile: (408) 535-5066
   E-Mails: daniel.kaleba@usdoj.gov
             allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-01179 EJD |
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER |
| v. | ) ) | Date: October 31, 2011 |
| JOSE ELOY SILVA, | ) ) | Time: 1:30 p.m. Court: Hon. Edward J. Davila |
| Defendant. | ) ) ) | |

     The defendant, JOSE ELOY SILVA, represented by Bruce Funk, and the government, represented by Daniel Kaleba and Allison Danner, Assistant United States Attorneys, hereby stipulate and request to continue the October 31, 2011 status hearing for approximately 21 days to November 21, 2011. The government has raised an interlocutory appeal before the Ninth Circuit in this matter, and the status of that appeal is as follows: on August 26, 2011, the government submitted its opening brief; on October 10, 2011, the defense filed its answering brief. The government's reply brief is due November 10, 2011.

//

//

STIP. and [Proposed] Order
09-01179 JW

The parties respectfully request that the October 31, 2011 status appearance be continued until November 21, 2011. On that date, the parties hope to be able to present to the Court further information concerning the future schedule of the interlocutory appeal.

IT IS SO STIPULATED.

Dated: October 31, 2011

/s/
BRUCE FUNK
Attorney for Defendant
JOSE ELOY SILVA

/s/
DANIEL R. KALEBA
ALLISON MARSTON DANNER
Assistant United States Attorneys

IT IS SO ORDERED

Based upon the representation of counsel and for good cause shown, the October 31, 2011 status appearance is continued to November 21, 2011 at 1:30 p.m..

DATED: Ocotober 28, 2011

EDWARD J. DAVILA
United States District Judge