MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DANIEL R. KALEBA  (CABN 223789)
Assistant United States Attorney
 150 Almaden Boulevard, Suite 900
 San Jose, CA 95113
 Telephone: (408) 535-5061
 Fax:  (408) 535-5066
 E-Mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-01179 EJD |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER EXCLUDING TIME FROM AUGUST 6, 2012 TO SEPTEMBER 10, 2012 |
| JOSE ELOY SILVA, | |
| Defendant. | |

The defendant, JOSE ELOY SILVA, represented by BRUCE C. FUNK, Esquire, and the government, represented by DANIEL R. KALEBA, Assistant United States Attorney, hereby stipulate and request to continue the August 6, 2012 status hearing for approximately 30 days to September 10, 2012.  The parties are engaged in active settlement discussions.  The purpose of the continuance is to allow additional time for defense and government investigation to address certain issues that may influence defendant's sentencing exposure.

//

//

//

//

Time has been continued through August 6, 2012.  Counsel requests that time be excluded under the Speedy Trial Act between August 6, 2012 and the next court appearance because additional time is necessary to review the discovery and to conduct necessary investigation.

IT IS SO STIPULATED.


Dated: August 2, 2012                          _____/s/_____
                                               BRUCE C. FUNK
                                               Attorney for Defendant
                                               JOSE ELOY SILVA


Dated: August 2, 2012                          _____/s/_____
                                               DANIEL R. KALEBA
                                               Assistant United States Attorney


Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 6, 2012 and [September 10, 2012] would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between August 6, 2012 and [September 10, 2012] from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between August 6, 2012 and [September 10, 2012] shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).


DATED: ____8/3/2012_____          _____
                                         EDWARD J. DAVILA
                                         United States District Judge

*Stipulation and [Proposed] Order*
CR 09-01179 EJD                    -2-