MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-01179 EJD |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING AND [~~PROPOSED~~] ORDER |
| JOSE ELOY SILVA, | |
| Defendant. | |

The defendant, JOSE ELOY SILVA, is scheduled to be sentenced on December 10, 2012. The defense requires additional time to adequately prepare for sentencing. The parties therefore jointly stipulate and request a continuance of the sentencing date to January 28, 2013 to allow the defense the time necessary to prepare for sentencing.

Dated: November 20, 2012
                                    /s/
                                  BRUCE C. FUNK
                                  Attorney for Defendant
                                  JOSE ELOY SILVA


Dated: November 20, 2012
                                    /s/
                                  DANIEL R. KALEBA
                                  Assistant United States Attorney

*Stipulation and [Proposed] Order*
CR 09-01179 EJD

Based on the above, and for good cause shown,

IT IS HEREBY ORDERED:

That the December 10, 2012 sentencing of the defendant is hereby continued to January 28, 2013.

DATED: 11/21/2012

_____
HON. EDWARD J. DAVILA
United States District Judge