MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-01179 EJD |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER |
| JOSE ELOY SILVA, | |
| Defendant. | |

The defendant, JOSE ELOY SILVA, is scheduled to be sentenced on January 29, 2013. The defense requires additional time to adequately prepare for sentencing. The parties therefore jointly stipulate and request a continuance of the sentencing date to February 25, 2013 to allow the defense the time necessary to prepare for sentencing. This should be the last request for a continuance.

Dated: January 16, 2013                                /s/
                                                           BRUCE C. FUNK
                                                           Attorney for Defendant
                                                           JOSE ELOY SILVA

Dated: January 16, 2013                                /s/
                                                           DANIEL R. KALEBA
                                                           Assistant United States Attorney

*Stipulation and [Proposed] Order*
CR 09-01179 EJD

Based on the above, and for good cause shown,

IT IS HEREBY ORDERED:

That the January 29, 2013 sentencing of the defendant is hereby continued to February 25, 2013 at 1:30 PM.

DATED: 1/17/2013

_____
HON. EDWARD J. DAVILA
United States District Judge

*Stipulation and [Proposed] Order*
CR 09-01179 EJD                            -2-