UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No. CR 09-1179 EJD** |
| Plaintiff, | ) ) ) | **[PROPOSED] PRELIMINARY ORDER OF FORFEITURE** |
| v. | ) ) | |
| JOSE ELOY SILVA, | ) ) | |
| Defendant(s). | ) ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on September 17, 2012, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. $59,507 seized on November 3, 2009, from Jose Silva,

pursuant to Title 21, United States Code, Section 853(a).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person,

other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

    IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

    IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

    Defendant Jose Eloy Silva was sentenced on March 04, 2013. As part of his sentence, the Court ordered the forfeiture of the subject property, which was incorporated in the Judgment and Commitment entered on March 05, 2013.

    IT IS SO ORDERED this 14th day of March 2013.

_____
EDWARD J. DAVILA
United States District Judge